IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01599-LTB

GABRIEL RODRIGUEZ-AGUIRRE

      Applicant,

v.

RENE G. GARCIA,

      Respondent,

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Applicant has filed an "Objection to Order Denying Leave to Proceed on Appeal . . . and Request for Reconsideration (Doc. No. 18)." The Request for Reconsideration is **DENIED** for the reasons discussed in the Court's September 2, 2011 Order Denying Motion to Reconsider and the August 3, 2011 Order of Dismissal.

Dated:  October 17, 2011